

# Fourth Court of Appeals
## San Antonio, Texas

March 7, 2019

No. 04-17-00808-CV

Daniel **CRISP**,
Appellant

v.

Ismael **CLAY**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI10107
Honorable Angelica Jimenez, Judge Presiding

# O R D E R

On February 13, 2019, this court issued an opinion and judgment granting the parties' agreed motion to dismiss. On February 27, 2019, the parties filed an "Agreed Joint Motion to Expedite Issuance of Mandate." We **GRANT** the motion and **ORDER** the clerk of this court to immediately issue the mandate. *See* TEX. R. APP. P. 18.1(c).

It is so ORDERED on March 7, 2019.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court